ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. (212) 637-2713
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
ANDREA BOURGEOUIS,              :
                                :
                 Plaintiff,     :
                                :
         - v. -                 :
                                :   STIPULATION AND ORDER
                                :
MICHAEL J. ASTRUE,              :   08 Civ. 1705 (DC)
Commissioner of                 :
Social Security,                :
                                :
                 Defendant.     :
                                :
- - - - - - - - - - - - - - - - x

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from April 28, 2008 to and including June 27, 2008. This extension is requested

because the administrative record has not yet been received by defendant's counsel. No prior extensions have been requested in this case.

Dated: New York, New York
       March 28, 2008

                    CHESTER & JACKEL, LLC
                    Attorneys for Plaintiff

By: _____
    STEPHEN M. JACKEL, ESQ.
    277 Broadway, Suite 1010
    New York, New York 10007
    Telephone No.: (212) 393-1300

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By: _____
    LESLIE A. RAMIREZ-FISHER
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York 10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
4/7/08