# MEMO ENDORSED




MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Tel. (212) 637-2804
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
ANDREA BOURGEOUIS,                :
                                  :
                      Plaintiff,  :
                                  :
       - v. -                     :   STIPULATION AND ORDER
                                  :        OF REMAND
MICHAEL J. ASTRUE,                :
Commissioner of                   :   08 Civ. 1705 (DC)
Social Security,                  :
                      Defendant.  :
                                  :
- - - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, by and between the

attorneys for the defendant and the plaintiff, that this action be,

and hereby is, remanded to the Commissioner of Social Security,

pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       May 19, 2008

>   CHESTER & JACKEL, LLC
>   Attorneys for Plaintiff
>
>   By: ___/s/ Jackel___
>   STEPHEN M. JACKEL, ESQ.
>   277 Broadway, Suite 1010
>   New York, New York  10007
>   Telephone No.: (212) 393-1300
>
>   MICHAEL J. GARCIA
>   United States Attorney for the
>   Southern District of New York
>   Attorney for Defendant
>
>   By: ___/s/ Susan C. Branagan___
>   SUSAN C. BRANAGAN
>   Assistant United States Attorney
>   86 Chambers Street - 3rd Floor
>   New York, New York  10007
>   Telephone No.: (212) 637-2804
>   Susan.Branagan@usdoj.gov

SO ORDERED:

___/s/___
UNITED STATES DISTRICT JUDGE

5/28/08